UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


BROADCAST MUSIC, INC.,
ET AL.,
    Plaintiffs,

v.                    C.A. No. 13-403 S

GRILL 505, LLC, et al.,
    Defendants.


### SHOW CAUSE ORDER

On or before **April 30th, 2014,** Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

ENTER:

_____
William E. Smith
United States District Judge
Date: 4/10/14