# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BROADCAST MUSIC, INC.,
ET AL.,
    Plaintiffs,

v.                                             C.A. No. 13-403 S

GRILL 505, LLC, ET AL.,
    Defendants.

### ORDER OF DISMISSAL

On April 10th, 2014, this Court issued a Show Cause Order (ECF #10) directing the Plaintiffs to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Having shown no good cause, the above-referenced matter is hereby dismissed without prejudice for failure to comply and for lack of prosecution.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 5/8/14